# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**COREY M. WILLIAMS**                                                                          **PLAINTIFF**

v.                                        No: 4:20-cv-01020-LPR

**EDWARD ADAMS,** *et al.*                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Corey M. Williams's Complaint is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of May 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lee P. Rudofsky
　　　　　　　　　　　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE